UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JONATHAN FRANKLIN,**

  Plaintiff,

v.                                                      No. 4:23-cv-0114-P

**112TH CONGRESS,**

  Defendant.

## FINAL JUDGMENT

  This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order dated the same day (ECF No. 21), it is **ORDERED** that this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

  **SO ORDERED** on this **24th day** of **July 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE